131 A.3d 387

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Angela M. BLYTHE, Respondent.

Misc. Docket AG No. 70, Sept. Term, 2015.

Court of Appeals of Maryland.

Feb. 4, 2016.

## ORDER

Upon consideration of the Joint Petition for Temporary Suspension By Consent filed by the Attorney Grievance Commission of Maryland, Petitioner, and Angela M. Blythe, Respondent, with supporting documentation of Respondent's conviction of a serious crime in the United States District Court for the District of Maryland, it is this 4th day of February, 2016,

ORDERED, by the Court of Appeals of Maryland, that Angela M. Blythe be, and she hereby is, suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that this suspension shall have the effect of a temporary suspension issued pursuant to Maryland Rule 16–771(c); and it is further

ORDERED, that the Clerk of this Court shall strike the name of Angela M. Blythe from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all courts in this State in accordance with Maryland Rule 16–760(e).